UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY ALLEN SPARKMAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-196 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court upon its own motion. The above styled and numbered case was filed on February 3, 2009, and directly assigned to the Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri, who presided over movant's federal criminal conviction. See 28 U.S.C. § 2255. However, this matter was erroneously filed in the Eastern Division of this Court and not the Southeastern Division where movant's criminal conviction arose. See United States v. Sparkman, Criminal Cause No. 1:05-CR-0055 HEA (E.D. Mo.).

Therefore,

**IT IS HEREBY ORDERED** that this case be transferred to the Southeastern Division of this Court.

Dated this 4th day of February, 2009.

**JAMES G. WOODWARD
CLERK**

**By: /s/ Karen Moore
Deputy Clerk**

In all future filings please use the following cause number: **1:09-CV-11 HEA.**